**Exhibit A**

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "REAL FEMALE ORGASMS 13," Copyright Reg. No. PA0001740861

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.14.255.217 | 2011-11-15 00:59:47 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 2 | 108.17.30.40 | 2011-11-30 00:17:43 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 3 | 108.17.31.185 | 2011-11-26 15:28:51 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 4 | 108.27.231.177 | 2011-11-30 00:59:38 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 5 | 108.27.73.247 | 2011-12-05 20:57:01 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 6 | 108.4.138.192 | 2011-12-06 15:54:42 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 7 | 108.4.153.173 | 2011-11-25 14:24:31 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 8 | 108.41.117.86 | 2011-12-10 19:17:37 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 9 | 108.41.139.37 | 2011-11-20 21:13:10 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 10 | 108.41.176.115 | 2011-11-30 00:59:38 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 11 | 108.41.28.59 | 2011-11-26 02:13:53 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 12 | 108.41.32.39 | 2011-12-07 12:17:39 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 13 | 108.46.145.240 | 2011-11-30 20:43:50 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 14 | 108.46.169.64 | 2011-11-23 01:32:14 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 15 | 108.46.174.79 | 2011-11-23 12:01:32 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 16 | 108.54.124.156 | 2011-12-05 23:52:58 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 17 | 108.54.126.176 | 2011-11-29 15:04:34 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 18 | 108.6.211.254 | 2011-12-13 09:02:45 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 19 | 108.6.240.6 | 2011-11-19 17:19:45 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 20 | 108.6.34.223 | 2011-12-02 16:03:37 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 21 | 173.52.226.253 | 2011-12-03 21:11:34 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 22 | 173.56.39.224 | 2011-11-24 17:51:40 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 23 | 173.56.58.180 | 2011-11-30 21:15:42 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 24 | 173.62.7.240 | 2011-11-25 03:53:54 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 25 | 173.68.189.248 | 2011-12-01 00:59:52 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 26 | 173.68.70.31 | 2011-12-03 14:30:07 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 27 | 173.77.243.160 | 2011-12-03 10:52:36 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 28 | 184.153.113.93 | 2011-11-26 00:10:38 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 29 | 184.74.19.40 | 2011-12-10 03:03:28 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 30 | 208.120.158.137 | 2011-12-13 03:10:53 -0500 | EarthLink | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 31 | 24.149.32.68 | 2011-11-21 18:01:40 -0500 | EarthLink | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 32 | 24.161.31.38 | 2011-11-17 19:29:07 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 33 | 24.164.148.254 | 2011-12-03 22:41:34 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 34 | 24.164.157.52 | 2011-12-04 00:33:27 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 35 | 24.164.166.60 | 2011-12-01 16:02:19 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 36 | 24.193.251.29 | 2011-11-29 00:49:44 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 37 | 24.193.254.9 | 2011-12-01 15:06:39 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 38 | 24.193.89.18 | 2011-12-02 18:52:06 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 39 | 24.199.71.84 | 2011-11-19 12:14:08 -0500 | EarthLink | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 40 | 24.199.91.7 | 2011-12-10 21:07:42 -0500 | EarthLink | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 41 | 24.215.137.41 | 2011-12-09 19:14:45 -0500 | EarthLink | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 42 | 24.90.102.19 | 2011-11-20 03:12:38 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 43 | 24.90.112.73 | 2011-11-17 21:10:27 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 44 | 24.90.139.148 | 2011-11-20 20:09:57 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 45 | 50.12.126.33 | 2011-12-08 08:13:10 -0500 | Clearwire Corporation | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 46 | 50.14.132.227 | 2011-12-08 18:42:06 -0500 | Clearwire Corporation | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 47 | 50.14.54.243 | 2011-12-07 14:42:29 -0500 | Clearwire Corporation | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 48 | 66.108.207.79 | 2011-12-08 08:38:18 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 49 | 66.66.120.234 | 2011-12-02 23:40:38 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 50 | 66.66.160.128 | 2011-11-27 19:44:04 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 51 | 67.240.136.164 | 2011-11-21 02:16:27 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 52 | 67.241.125.55 | 2011-12-09 10:35:53 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 53 | 67.241.190.65 | 2011-11-19 18:18:19 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 54 | 67.241.248.228 | 2011-12-03 22:30:44 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 55 | 67.241.9.140 | 2011-11-28 21:07:54 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 56 | 67.242.129.16 | 2011-11-28 21:59:15 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 57 | 67.243.140.226 | 2011-11-21 20:19:01 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 58 | 67.243.141.39 | 2011-12-04 00:33:27 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 59 | 67.243.166.197 | 2011-12-09 09:05:28 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 60 | 67.246.128.168 | 2011-11-26 20:35:24 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 61 | 68.173.131.212 | 2011-11-22 09:17:39 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 62 | 68.175.22.93 | 2011-12-10 03:14:01 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 63 | 69.203.17.189 | 2011-11-14 08:08:27 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 64 | 69.206.171.45 | 2011-11-19 13:51:36 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
|--------|---------------|---------------------------|-------------|------------|------------------------------------------|
| Doe 65 | 69.207.19.139 | 2011-11-21 00:13:27 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 66 | 69.207.9.77 | 2011-12-08 14:44:48 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 67 | 69.86.129.182 | 2011-11-25 15:11:31 -0500 | EarthLink | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 68 | 71.167.155.240 | 2011-11-21 15:11:33 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 69 | 71.183.107.46 | 2011-12-07 22:56:07 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 70 | 71.183.90.7 | 2011-12-04 15:52:24 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 71 | 71.186.161.49 | 2011-12-11 08:52:35 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 72 | 71.190.183.242 | 2011-11-23 08:19:45 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 73 | 71.190.185.43 | 2011-12-08 16:38:22 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 74 | 71.245.80.81 | 2011-11-20 19:30:09 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 75 | 72.226.77.167 | 2011-11-25 02:37:18 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 76 | 72.229.101.178 | 2011-11-16 08:30:32 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 77 | 72.229.113.243 | 2011-11-22 14:48:36 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 78 | 72.229.224.204 | 2011-11-23 13:43:20 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 79 | 72.230.120.134 | 2011-11-25 08:57:14 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 80 | 72.231.31.79 | 2011-11-20 14:55:39 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 81 | 72.89.237.180 | 2011-12-06 20:08:55 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 82 | 72.90.76.157 | 2011-11-21 18:01:16 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 83 | 74.101.191.84 | 2011-12-05 16:58:22 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 84 | 74.101.2.95 | 2011-11-21 15:11:28 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 85 | 74.101.51.248 | 2011-11-28 00:34:12 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 86 | 74.108.112.137 | 2011-11-23 14:29:05 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 87 | 74.110.51.208 | 2011-12-13 03:11:40 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 88 | 74.70.122.239 | 2011-11-29 08:37:55 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 89 | 74.70.238.239 | 2011-11-26 20:25:46 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 90 | 74.72.243.249 | 2011-12-10 21:43:01 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 91 | 74.72.28.92 | 2011-12-10 23:11:45 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 92 | 74.73.244.203 | 2011-11-14 22:37:05 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 93 | 74.73.7.196 | 2011-11-18 11:17:13 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 94 | 74.76.196.221 | 2011-12-06 05:55:48 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 95 | 74.76.230.7 | 2011-11-30 15:00:20 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 96 | 74.77.249.102 | 2011-12-04 17:18:28 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 97 | 74.79.160.240 | 2011-12-05 19:56:13 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 98 | 74.79.162.76 | 2011-11-25 03:11:22 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 99 | 74.79.252.62 | 2011-11-15 20:49:39 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 100 | 76.15.253.177 | 2011-11-17 03:08:28 -0500 | EarthLink | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 101 | 76.180.171.193 | 2011-11-23 10:33:27 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 102 | 76.180.68.205 | 2011-11-23 19:15:33 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 103 | 96.232.131.196 | 2011-12-01 03:07:43 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 104 | 96.236.36.15 | 2011-12-12 21:15:09 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 105 | 96.246.165.15 | 2011-11-20 02:10:09 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 106 | 96.248.34.184 | 2011-11-14 14:16:52 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 107 | 96.250.230.213 | 2011-11-21 11:49:43 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 108 | 98.113.36.108 | 2011-11-14 07:42:48 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 109 | 98.116.206.64 | 2011-11-16 14:11:03 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 110 | 98.117.179.85 | 2011-12-08 01:19:59 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 111 | 98.14.114.75 | 2011-11-16 23:23:58 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 112 | 98.14.217.182 | 2011-11-22 21:11:39 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 113 | 98.14.232.97 | 2011-12-10 10:11:09 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 114 | 98.15.168.155 | 2011-12-02 03:12:48 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 115 | 98.15.179.31 | 2011-12-10 11:58:52 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |