Docket and File

# THE COPYRIGHT LAW GROUP, P.L.L.C.

*Intellectual Property Law – www.copyrightdefenselawyer.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/12

Mike Meier (DC, MD, NY, VA)
4000 Legato Road, Suite 1100, Fairfax, VA 22033
Phone: (888) 407-6770, Fax: (703) 546-4990
Email: contact@copyrightdefenselawyer.com
Website: www.copyrightdefenselawyer.com

February 2, 2012

D + F

The Honorable J. Paul Oetken
U.S. District Court, Southern District of New York

RE: Order of February 2, 2012, in Case
**Patrick Collins v. Does 115, 1:11-cv-09705-JPO**

Dear Judge Oetken:

As part of the Order issued today in the above-captioned case, the Court requested certain information:

- "Plaintiff shall inform the Court by February 6, 2012 whether it has received defendant's identifying information from the ISPs." The ISPs have been served, but no information has been received as of today. The reason is that an attorney must first negotiate an agreement with each ISP as to the number of electronic records to be researched and preserved each month, and the compensation to be paid to the ISPs for their research. ISPs have limited resources for researching such records, and generally first respond to requests from law enforcement authorities. Furthermore, the ISPs are unable to immediately notify the John Does because they must first research the records. Therefore, such discovery is a slow process.

- "Plaintiff shall immediately serve a copy of this order on the ISPs ..." Plaintiff will submit a copy of the order to each ISP today.

- Plaintiff does not object to allowing defendants to litigate the matter anonymously for any pre-answer motions, such as Motions to Quash.

Counsel for Plaintiff would like to note that he never initiates contact with John Does by telephone. Also, counsel for Plaintiff understands the John Does' needs for privacy, and thus does not require John Does wishing to resolve the matter to disclose their identity. All dismissals of John Does are not by name, but only by Doe Number and IP address.

Sincerely,

*[signature]*

Mike Meier