UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
IN RE ADULT FILM COPYRIGHT           :
INFRINGEMENT LITIGATION              :   Master Case No. 11 Civ. 7564
                                     :
This Document Relates to:            :
                                     :
    11 Civ. 7564 (KBF)               :
    11 Civ. 7999 (KBF)               :
    11 Civ. 8172 (KBF)               :
    11 Civ. 9550 (KBF)               :
    11 Civ. 9618 (KBF)               :
    11 Civ. 9688 (KBF)               :
    11 Civ. 9689 (KBF)               :
    11 Civ. 9703 (KBF)               :
    11 Civ. 9705 (KBF)               :
    11 Civ. 9706 (KBF)               :
    12 Civ. 0129 (KBF)               :
    12 Civ. 1077 (KBF)               :
    12 Civ. 1169 (KBF)               :
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 15 2012

KATHERINE B. FORREST, District Judge:

This Court's March 13, 2012, Order is modified as follows: the above-captioned actions are consolidated for all purposes in order to establish a single docket for all filings in the individual actions. The Court may at a later time determine that these actions shall proceed on an individual basis. The Clerk of the Court is directed to refer to the consolidation instructions at Docket No. 29.

SO ORDERED.

Dated:    New York, New York
          March 15, 2012

                                    _____
                                        KATHERINE B. FORREST
                                     United States District Judge