USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 2 6 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE ADULT FILM COPYRIGHT            :  Master Case No. 11 Civ. 7564
INFRINGEMENT LITIGATION               :
                                      :         ORDER
This Document Relates to:             :
                                      :
    11 Civ. 7564 (KBF)                :
    11 Civ. 7999 (KBF)                :
    11 Civ. 8172 (KBF)                :
    11 Civ. 9550 (KBF)                :
    11 Civ. 9618 (KBF)                :
    11 Civ. 9688 (KBF)                :
    11 Civ. 9689 (KBF)                :
    11 Civ. 9703 (KBF)                :
    11 Civ. 9705 (KBF)                :
    11 Civ. 9706 (KBF)                :
    12 Civ. 0129 (KBF)                :
    12 Civ. 1077 (KBF)                :
    12 Civ. 1169 (KBF)                :
                                      :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

   IT IS HEREBY ORDERED that, having shown good cause, plaintiffs' applications for extensions of time to serve defendants in Member Case Nos. 11 Civ. 7999 and 11 Civ. 8172 are GRANTED. Plaintiffs shall serve defendants not later than May 25, 2012. The Clerk of the Court is directed to terminate the motions at Docket Nos. 19 (Case No. 11 Civ. 7999) and ~~10~~ 9 (Case No. 11 Civ. 8172).

KBF

IT IS FURTHER ORDERED that plaintiffs' shall serve defendants in each member case of this consolidated action not later than May 25, 2012.

SO ORDERED.

Dated:   New York, New York
         March 26, 2012

_____
KATHERINE B. FORREST
United States District Judge